IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLES KING** as executor                                              **PLAINTIFF/**
of the estate of Elizabeth Wilbanks                              **COUNTERDEFENDANT**

v.                          CASE NO.  4:15-CV-00726 BSM

**TIAA-CREF INDIVIDUAL & INSTITUTIONAL**
**SERVICES, LLC and LIBERTY LIFE**
**ASSURANCE COMPANY OF BOSTON**                              **DEFENDANTS**

**LIBERTY LIFE ASSURANCE COMPANY**          **THIRD PARTY PLAINTIFF/**
**OF BOSTON**                                              **COUNTERCLAIMANT**

v.

**ESTATE OF ELIZABETH WILBANKS,**
by and through its duly named administrator,
Charles King; **ESTATE OF JAMES WILBAKS,**
by and through its duly named administrator,
William King; and **ESTATE OF TATIANA WILBANKS,**          **THIRD PARTY**
by and through its duly named administrator, Patrick Drew    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party bearing its own costs and fees.

DATED this 13th day of April 2016.

_____
UNITED STATES DISTRICT JUDGE